```
           IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA

VINCENT MERCER,                 :    CIVIL ACTION
                                :    NO. 12-6929
        Plaintiff,              :
                                :
    v.                          :
                                :
SEPTA, et al.,                  :
                                :
        Defendants.             :
```

**O R D E R**

**AND NOW**, this **18th** day of **June, 2014,** for the reasons set forth in the accompanying memorandum, it is hereby **ORDERED** that Defendants' Motion for Summary Judgment (ECF No. 14) is **GRANTED**. The clerk shall mark the case **CLOSED**.

**AND IT IS SO ORDERED.**

/s/ Eduardo C. Robreno
**EDUARDO C. ROBRENO,   J.**